AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2014 JUN 26 AM 9:19

| United States of America | ) |
| v. | ) Case No. 5:14-cr-24-OC-10PRL |
| | ) |
| JASON MONROE EPSTEIN | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JASON MONROE EPSTEIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Receipt of a bribe by a public official. In violation of Title 18, United States Code, Section 201(b)(2).

Date: 6/26/14

*Issuing officer's signature*

City and state: Orlando, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 06/26/2014, and the person was arrested on *(date)* 06/26/2014
at *(city and state)* ORLANDO FLORIDA.

Date: 06/26/2014

*Arresting officer's signature*

ANTRY PEARSON FOR FBI
*Printed name and title*