# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                   **CASE NO: 5:14-cr-24-Oc-10PRL**

**JASON MONROE EPSTEIN**

_____

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT
## AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense.

Sentencing is hereby scheduled for **November 20, 2014 at 4:00 PM** in the Third Floor Courtroom 3A, U.S. Courthouse, 207 N.W. Second Street, **Ocala, Florida**.

**NOTE:** **If either counsel for the United States or counsel for the defendant have any unresolved objections to the presentence report of the Probation Officer to be heard and decided at the sentencing hearing, it shall be the responsibility of such counsel to so notify the Courtroom Clerk at least THREE (3) DAYS before the hearing in which event the clerk may, by telephonic notice, reschedule the hearing on the same day in order to afford more time for the Court to conduct such proceedings.**

**DONE AND ORDERED** in Ocala, Florida, on September 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

c:
U.S. Marshal
U.S. Attorney
Counsel for Defendant
U.S. Probation Officer
Pretrial Services
Defendant c/o Counsel