# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 5:14-cr-24-Oc-10PRL

**JASON MONROE EPSTEIN**  AUSA: Robert Bodnar
Deft. Atty.: David Wilson

| JUDGE | Wm. Terrell Hodges | DATE AND TIME | November 25, 2014<br>3:00 pm - 3:40 pm |
|---|---|---|---|
| DEPUTY CLERK | Maurya McSheehy | REPORTER | Bill Jones |
| INTERPRETER | None required | PROBATION: | Sally Stanis |

## CLERK'S MINUTES - SENTENCING HEARING

Defendant is adjudged guilty on Count One of the Indictment

IMPRISONMENT: remanded to the custody of the Bureau of Prisons for a term of 18 months

Court Recommends: that defendant be designated for service of the commitment component of the sentence at FCI Butner, North Carolina or alternatively, a suitable institution in the State of Florida

Supervised Release: 2 years

Special Conditions of Supervised Release are:

1. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision: Waived

Special Assessment: $100.00

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal

Defendant is advised of right to appeal and to counsel to appeal